July 26, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

AMERICAN HOME ASSURANCE COMPANY, Appellant

NO. 14-12-00520-CV                    V.

ZURICH AMERICAN INSURANCE COMPANY, Appellee

_____

Today the Court heard the parties' joint motion to remand the cause and set aside the judgment signed by the court below on March 2, 2012, in accordance with the parties' settlement agreement. Having considered the motion and found it meritorious, we order the judgment set aside and **REMAND** the cause to the trial court for entry of orders in accordance with the parties' settlement agreement.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.